IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: Clarence Hann, IV  
        Debtor(s).

CHAPTER 13  
CASE NO. 20-32261

## NOTICE OF APPEARANCE

COMES NOW the undersigned attorney and notifies this Court and all interested parties that he is now counsel in the representation of the Creditor, Montgomery Dentistry in the above Bankruptcy Proceeding, and further requests that the creditor's matrix be amended to reflect this appearance and that all further notices for Montgomery Dentistry regarding the above referenced case be sent to the undersigned attorney at the address listed below.

                                                  /s/ Richard C. Dean, Jr.  
                                                  Richard C. Dean, Jr.  
                                                  Attorney for the Creditor

P.O. Box 1028  
Montgomery, Alabama 36101-1028  
rdean@mindspring.com  
334-264-2896  
CEJ

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing upon the following interested parties electronically (CM/ECF) or by placing a copy of the same in the United States mail, postage prepaid and properly addressed on the date that this Notice of Appearance is filed in the above case.

Michael Brock, Esq.                                                        Sabrina L. McKinney, Esq.  
P.O. Box 311167                                                           P.O. Box 173  
Enterprise, AL 36331-1167                                     Montgomery, AL 36101

                                                  /s/ Richard C. Dean, Jr.  
                                                  OF COUNSEL