**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

IN RE:

CLARENCE HANN IV

Debtor (s)

Case No. 20-32261-WRS
Chapter 13

---

**PURSUANT TO LOCAL RULE 3007-1, THIS OBJECTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE RULED UPON UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 30 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

---

### TRUSTEE'S OBJECTION TO CLAIM

COMES NOW, the Trustee, in the above-styled case, and objects to Court Claim #15 of Brickhouse Opco I Llc. As grounds for said objection, the Trustee states as follows:

1. This case was filed on or about October 30, 2020.
2. The Meeting of Creditors was first set on December 07, 2020.
3. Rule 3002(c) of the Bankruptcy Rules of Procedure requires that a claim be filed within 70 days after the order for relief, and not later than 180 days after the order for relief for governmental units.
4. The claim of Brickhouse Opco I Llc was filed on January 27, 2021.
5. The last date for timely filing claims in this case was on January 08, 2021.
6. It is the Trustee's contention that a purpose would be served in this case by the granting of this objection to claim.

WHEREFORE, Trustee prays that the claim filed by Brickhouse Opco I Llc in the amount of $627.83 be disallowed as a late-filed claim, and for any such other relief as this Court deems proper.

Respectfully submitted this Wednesday, 27 January, 2021.

Sabrina L. McKinney
Chapter 13 Standing Trustee

By: /s/ *Sabrina L. McKinney*
    Sabrina L. McKinney
    Chapter 13 Trustee

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone:(334) 262-8371
Fax:(334) 262-8599
Email: 13Trustee@ch13mdal.org

## CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that I have served copies of the foregoing Trustee 's Objection to Court Claim #15 of Brickhouse Opco I Llc on the parties listed below by either electronic mail or by First-Class U.S. Mail, postage prepaid and properly addressed, this Wednesday, January 27, 2021.


/s/ *Sabrina L. McKinney*
Sabrina L. McKinney
Chapter 13 Trustee

Copy to:  CLARENCE HANN IV
          BRICKHOUSE OPCO I LLC
          MICHAEL BROCK